**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| v. | ) | ID# 1310002191 |
| | ) | |
| QUINTON MULDROW, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**AND NOW TO WIT**, this 13th day of April, 2015, upon consideration of Defendant's Motion to Vacate Indictment and Compel Photo Line Up, **IT APPEARS THAT**:

1. Defendant was charged with two counts of Burglary Second Degree, one count of Burglary Third Degree, and three counts of Theft. On September 16, 2014, a one-day jury trial was held. After opening statements and the testimony of multiple witnesses called by the prosecution, the Defendant pleaded guilty to Burglary Second Degree and Burglary Third Degree.

2. Defendant filed a *pro se* Motion for Withdraw of Guilty Plea on September 29, 2014, and the Court denied the motion on October 17, 2014. Defendant filed another *pro se* Motion for Withdraw of Guilty Plea on November 12, 2014, and the Court again denied the motion. In each instance the Court found

that the Defendant knowingly, intelligently, and voluntarily entered his guilty plea.[1]

3. Prior to sentencing, on January 12, 2015, Defedant filed a Motion to Vacate Indictment and Compel Photo Line Up. [2] Defendant aruges that the State failed to turn over *Brady* material and requests an in-court camera hearing to compel the State to produce the *Brady* material. By pleading guilty, Defendant waived any alleged *Brady* violation.[3]

**NOW THEREFORE**, Defendant's Motion to Vacate Indictment and Compel Photo Line Up is **DENIED**.

**IT IS SO ORDERED**.

_____
Jan R. Jurden, President Judge

---

[1] Docket ID 81; Docket ID 84.
[2] Docket ID 92.
[3] *Brown v. State*, 108 A.3d 1201, 1205–06 (Del. 2015).

2